IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

VALENTINO AMARO,            )
    Petitioner,         )
                            )
    v.                  ) Civil Action No. 08-1713
                            )
KENNETH CAMERON, et al.,    )
    Respondents.        )

O R D E R

AND NOW, this 21st day of January 2009, after a petition for a writ of habeas corpus was filed by the petitioner, Valentino Amaro, and after the Report and Recommendation of the United States Magistrate Judge was issued, and the petitioner was directed to file written objections thereto by January 22, 2009, and after the petitioner submitted a declaration, in which he does not object to the recommended transfer of this case as set forth in the Report and Recommendation, and after independent review of the petition and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted and incorporated as the opinion of this Court,

IT IS ORDERED that the petition of Valentino Amaro is transferred forthwith to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 2241(d).

_/s/ D.S. Cercone_
United States District Judge